

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00803-CV

Denise **MCVEA**,
Appellant

v.

James **KISSLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14927
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. The notification of late record filed by the court reporter is MOOT. Costs of the appeal are taxed against appellant.

SIGNED February 12, 2014.

Catherine Stone, Chief Justice